# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| TEN CHOUP, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.: 4:17-cv-01971-VEH-SGC |
| ) | |
| KIRSTJEN NIELSON, et al., ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OPINION

This case is before the court on Respondents' Motion to Dismiss as Moot, filed December 20, 2017. (Doc. 5). In the motion, Respondents note Petitioner was removed from the United States on December 19, 2017. (*Id.*; *see* Doc. 5-1). Because Petitioner has been removed, the court can no longer provide meaningful relief. Thus, the court finds that the petition for writ of habeas corpus is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). Accordingly, Respondents' motion to dismiss is due to be granted, and the petition is due to be dismissed.

A separate order will be entered.

**ORDERED** this **9th** day of **January**, **2018**.

**VIRGINIA EMERSON HOPKINS**
United States District Judge